■ Town of Ogden, Respondent, v Manitou Sand & Gravel Co., Inc., et al., Appellants. [713 NYS2d 136] —Order unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Stander, J. (Appeal from Order of Supreme Court, Monroe County, Stander, J.—Discovery.) Present—Hayes, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.